**Randall Lynn HARPER,**
**Plaintiff–Appellant,**

v.

**CITY OF MONTEREY; et al.,**
**Defendants–Appellees.**

No. 12–15353.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2013.*

Filed May 21, 2013.

Randall Lynn Harper, Pacific Grove, CA, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Amanda M. Cohen, Law Offices of Vincent P. Hurley, Aptos, CA, Neil Lloyd Shapiro, Law Offices of Neil L. Shapiro, Monterey, CA, for Defendants–Appellees.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

MEMORANDUM **

Randall Lynn Harper appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various federal and state law claims related to his car being towed. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1030 (9th Cir.2008), and we affirm.

Contrary to Harper's contentions, the clerk properly declined Harper's requests for entry of default because defendants filed timely motions to dismiss Harper's action for failure to state a claim. *See* Fed.R.Civ.P. 55(a) (providing that a default can be entered against a party only where that party "has failed to plead or otherwise defend").

Harper's contentions regarding personal jurisdiction and venue are unpersuasive.

Harper's pending motions for judicial notice and entry of default are denied.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.